UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:24-cv-20324-KMM

**VICTOR ARIZA**,

    Plaintiff,

vs.

**BLU SCARPA INC, a Florida
for-profit corporation**,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant BLU SCARPA, INC., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

    Dated:  March 26, 2024.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**GUNSTER, YOAKLEY & STEWART, P.A.**
Counsel for Defendant
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
(561) 655-1980
rfeicht@gunster.com

By   *s/ Roger W. Feicht*
     ROGER W. FEICHT
     Fla. Bar No. 84982